AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1606 Longfellow Street, N.W.
Washington DC 20011

**SEARCH WARRANT**

CASE NUMBER: 08-367-M 01

TO: __Ryan Amstone__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Inspector Ryan Amstone__ who has reason to believe that
(name, description and or location)

Within 1606 Longfellow Street, N.W., Washington DC 20011

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See attachment B of the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.☐

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____June 20, 2008_____
                                                              (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☑ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUN 10 2008
_____                    at Washington, D.C.
Date and Time Issued   JOHN M. FACCIOLA
                       U.S. MAGISTRATE JUDGE       _____
Name and Title of Judicial Officer                 Signature of Judicial Officer
                                                   JOHN M. FACCIOLA
                                                   U.S. MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>6/10/08 | DATE AND TIME WARRANT EXECUTED<br>6/11/08 7:45am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Mary Robinson |

INVENTORY MADE IN THE PRESENCE OF Ryan Amstone and Charles Gerhart

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

1) Invoices from Johnson's Flower Store containing names and credit card numbers
2) Note papers containing names and credit card numbers
3) Compaq Notebook owners manuals and users guide.

**FILED**
JUN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

x _Ryan Amstone_

Subscribed, sworn to, and returned before me this date.

_____     6/11/10
U.S. Judge or U.S. Magistrate Judge        Date